UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATION:<br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| RHONDELL WILLIAMS A/K/A RHONDALE WILLIAMS,<br><br>Defendant. | |
| | 22 D.C. Code § 4503(a)(1)<br>(Unlawful Possession of a Firearm (Prior Conviction)) |
| | 22 D.C. Code § 4514(a), (c)(1), and (c)(3)<br>(Possession of a Prohibited Weapon (Felony)) |
| | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 4, 2025, within the District of Columbia, **RHONDELL WILLIAMS, also known as RHONDALE WILLIAMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in District of Columbia Superior Court, Criminal Case No. 2006 CF2 23110, and District of Columbia Superior Court, Criminal Case No. 2017 CF2 13226, did unlawfully and knowingly receive and possess ammunition, that is, 9-milimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TWO

On or about April 4, 2025, within the District of Columbia, **RHONDELL WILLIAMS, also known as RHONDALE WILLIAMS**, knowing he had previously been convicted of a crime punishable

by imprisonment for a term exceeding one year, in District of Columbia Superior Court, Criminal Case No. 2006 CF2 23110, and District of Columbia Superior Court, Criminal Case No. 2017 CF2 13226, owned, kept, and had within his possession and control, a firearm, that is, a Polymer 80 9-milimeter semi-automatic privately manufactured firearm.

**(Unlawful Possession of a Firearm (Prior Conviction)**, in violation of Title 22, District of Columbia Code, Section 4503(a)(1) (2001 ed.))

## COUNT THREE

On or about April 4, 2025, within the District of Columbia, **RHONDELL WILLIAMS, also known as RHONDALE WILLIAMS**, after having been convicted in the District of Columbia of a felony, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of Title 22, District of Columbia Code, Section 4514(a), (c)(1), and (c)(3) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Polymer 80 9-milimeter semi-automatic privately manufactured firearm and 9-milimeter ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.

3